NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XR COMMUNICATIONS, LLC, DBA VIVATO TECHNOLOGIES,**
*Plaintiff-Appellant*

**v.**

**D-LINK SYSTEMS, INC., BELKIN INTERNATIONAL, INC., NEWO CORPORATION, ARUBA NETWORKS, INC., NETGEAR, INC., RUCKUS WIRELESS, INC., UBIQUITI INC., AKA UBIQUITINETWORKS, INC., ARUBA NETWORKS LLC,**
*Defendants*

**ASUS COMPUTER INTERNATIONAL, ASUSTEK COMPUTER, INC., CISCO SYSTEMS, INC., EXTREME NETWORKS, INC.,**
*Defendants-Appellees*

---

2022-1785, 2022-1787, 2022-1789, 2022-1790, 2022-1791, 2022-1792

---

Appeals from the United States District Court for the Central District of California in Nos. 2:17-cv-02948-AG-JCG, 2:17-cv-02951-AG-JCG, 2:17-cv-02953-AG-JCG, 8:17-cv-00596-DOC-JDE, Judge David O. Carter.

---

Decided:  May 18, 2023

_____

MARC A. FENSTER, Russ August & Kabat, Los Angeles, CA, for plaintiff-appellant.  Also represented by MINNA CHAN, BRIAN DAVID LEDAHL, REZA MIRZAIE, JAMES PICKENS.

JONATHAN K. WALDROP, Kasowitz Benson Torres LLP, Redwood Shores, CA, for defendants-appellees ASUS Computer International, Asustek Computer, Inc.  Also represented by MARCUS BARBER, JOHN DOWNING.

SARAH E. PIEPMEIER, Perkins Coie LLP, San Francisco, CA, for defendant-appellee Cisco Systems, Inc.  Also represented by RYAN BRODIE HAWKINS, San Diego, CA.

DANIEL W. RICHARDS, Ropes & Gray LLP, East Palo Alto, CA, for defendant-appellee Extreme Networks, Inc. Also represented by ANDREW N. THOMASES.

_____

Before PROST, REYNA, and STARK, *Circuit Judges.*

PER CURIAM.

XR Communications, LLC dba Vivato Technologies ("Vivato") appeals a judgment of the U.S. District Court for the Central District of California ("C.D. Cal. District Court") holding claims 1–9 and 12 of U.S. Patent No. 6,611,231 invalid as indefinite.  The C.D. Cal. District Court based its judgment on the collateral-estoppel effect of a judgment of the U.S. District Court for the Northern District of California ("N.D. Cal. District Court")—the latter of which is the subject of companion appeals Nos. 22-1125 and 22-1141 (as consolidated, the "companion appeal").

Today we issued an opinion and judgment in the companion appeal affirming the N.D. Cal. District Court's judgment. There is no dispute that our affirmance in the companion appeal compels affirming in this appeal. Accordingly, having affirmed in the companion appeal, we likewise affirm in this appeal.

**AFFIRMED**